UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ADALGISA RIVAS,

        Petitioner,

  -v-                                    No.  15-CV-4083-LTS

KENNETH DECKER, et al.,

        Respondents.

-------------------------------------------------------x

## Order

        In light of the Second Circuit's February 14, 2020, Order (docket entry no. 18) vacating the Court's June 26, 2015, Order granting in part and denying in part petitioner's petition for writ of habeas corpus (docket entry no. 15), the parties are directed to file supplemental briefs addressing (i) the impact of Nielsen v. Preap, 139 S. Ct. 954 (2019) and Jennings v. Rodriguez, 138 S. Ct. 830 (2018), on the claims raised in the petition, (ii) whether any intervening events have mooted the petition, and (iii) what, if any, further action should be taken to resolve this matter.  The supplemental briefs must be filed by **May 22, 2020**, and any responses to the initial supplemental briefs must be filed by **June 5, 2020**.

        SO ORDERED.

Dated: New York, New York
        April 29, 2020

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge